# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Fourth Amended Plan

DEBTOR: Mabel Ladron De Guevara  JOINT DEBTOR:_____  CASE NO.: 14-35422-RBR
Last Four Digits of SS# 4571  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

- A.  $604.92 for months 1 to 29;
- B.  $1,053.73 for months 30 to 60; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3650 + 775(Motion to Value)=$4,425.00
TOTAL PAID $ 1900 Balance Due $ 2525 payable $ 46.71/month (Months 1 to 29) ;
$ 454.72/month (Months 30 to 31) and $ 260.97/month (Months 32 to 32)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Services          Payoff on Petition Date: $574.55
                                      Pay $9.58/month (Months 1-60)

Address: POB 636007
         Littleton, Colorado 80163
Account No: XXXX1456
Re: 2014 Property Tax Advancements

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Specialized Loan Servicing LLC PO Box 636007 Littleton, Colorado 80163 Loan No. XXXX1456 | 5190 E Sabal Palm Blvd. #214, Tamarac, FL 33319 $26,000.00 | 5.25% | $493.64 | 1 to 60 | $26,000 at 5.25% for a total payment of $29,618.13 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____  Total Due $_____
                         Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 193.75/month (Months 32 to 32) and pay $ 454.72/month (Months 33 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Modasales (Loan No. XXXX524399) and will continue to pay said creditor directly outside the plan. Debtor surrenders and abandons all interest in the property located at 5933 London Lane, Tamarac, FL 33321 secured by creditor Wells Fargo Home Mortgage (Loan No. XXXX8030) and Hampton Hills Community Association (Acct. No.8011). Debtor surrenders and abandons her interest in the time share located in Oseola County, Florida whose mortgage is held by Westgate Vacation Villas, LLC (Loan No. XXXX4571) and which has a homeowners association held by Westgate Vacation Villas Owners Association (Acct. No. 4571)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____          Joint Debtor _____
Date: 4/15/2015                            Date: _____

LF-31 (rev. 01/08/10)