

ORDERED in the Southern District of Florida on April 16, 2015.

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## BROWARD DIVISION
www.flsb.uscourts.gov

In re: Mabel Ladron De Guevara           Case No: 14-35422-RBR
                                          Chapter 13

_____Debtor_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY <u>Specialized Loan Services</u> (LOAN NO. XXXX1456)**

THIS CASE came to be heard on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE <u>27</u> ; the "Motion").

LF-92 (rev. 01/08/10)                Page 1 of 3

Based upon the debtor's assertions made in support of the Motion, noting the agreement of the parties, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

    A.    The value of the debtor's real property (the "Real Property") located at <u>5190 E. Sabal Palm Boulevard #214, Tamarac FL 33319-2615</u>, and more particularly described as <u>SABAL PALM VILLAGE CONDO UNIT 214</u> is $<u>26,000.00</u> at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    Lender has an allowed secured claim in the amount of $26,000.00 at 5.25% interest for a total payment of $29,618.13.

    3.    Debtor agrees to pay the property taxes directly outside the plan and maintain homeowners insurance on the property.

    4.    (Select only one):

        ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

Or

      __X__    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ _23,949.06_, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008


Attorney _Robert Sanchez, Esq._ is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.