

**ORDERED in the Southern District of Florida on April 28, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In Re:

Mabel Ladron De Guevara                           Case No: 14-35422-RBR
                                                  Chapter 13

       Debtor.
_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO AMEND VOLUNTARY PETITION PAGE

This matter came before the court on Debtors Ex-Parte Motion to Amend Voluntary Petition Page. The court having reviewed said motion, and being fully advised hereby:

1. Debtor's Ex-Parte Motion to amend voluntary petition page is GRANTED.

2. The Petition shall be amended to reflect the debtor's correct address at the time of filing her bankruptcy petition on November 18, 2014.

###

*Attorney Robert Sanchez, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court*