**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Mabel Ladron De Guevara                 Case No: 14-35422-RBR
                                                                            Chapter 13


_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☒        No further action is necessary.

2)   The following actions have been taken:

☐   The debtor has filed an objection to the proof of claim filed by
_____.

☐   The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____.

☐   Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _February 19, 2016_____.


                                 Submitted by:_
                                 **ROBERT SANCHEZ, P.A.**
                                 Attorney for Debtor
                                 355 W 49th Street
                                 Hialeah, FL 33013
                                 Tel. (305) 687-8008

                                 By:*/s/Robert Sanchez*_____
                                  Robert Sanchez, Esq., FBN#0442161


LF-76 (rev. 12/01/09)